■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISRAEL NEGRON, Appellant. [954 NYS2d 511]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, Bronx County (John P. Collins, J.), rendered on or about March 23, 2006, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the order so appealed from be and the same is hereby affirmed. Concur—Mazzarelli, J.P., Sweeny, Moskowitz and Freedman, JJ.